```
                        UNITED STATES BANKRUPTCY COURT
                        FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                                  PAGE    1

                                         )     CHAPTER 13
                                         )  CASE NO.       0518822
                                         )
 DONALD W. THORNTON                      )     DATE FILED:     06/28/2005
                                         )  DATE CONFIRMED:    12/15/2005
 613 NORTHAMPTON ROAD                    )  DATE CONCLUDED:    06/13/2007
 NORRISTOWN, PA   19403          DEBTOR (S)   )
                                         )
-------------------------------------------------)

                           CHAPTER 13 STANDING TRUSTEE'S
                                  FINAL REPORT
                           DISMISSED AFTER CONFIRMATION

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
-----------------------------------------  -------------------------------------
                                              Amount       Paid
 Claim Creditor's Name                        Allowed    to Date     Balance Due
-----------------------------------------  -------------------------------------

Unclassified
004 BLANCA NERIS                               0.00        0.00           0.00
008 MRC RECEIVABLES CORP.                      0.00        0.00           0.00
011 JUDITH T. ROMANO, ESQ.                     0.00        0.00           0.00
013 CITY OF PHILADELPHIA LAW DEPT              0.00        0.00           0.00
015 INTERNAL REVENUE SERVICE                   0.00        0.00           0.00
016 NORRISTOWN AREA SCHOOL DISTRIC             0.00        0.00           0.00
018 CREDIT ACCEPTANCE CORPORATION              0.00        0.00           0.00
019 MONTGOMERY COUNTY TAX CLAIM BU             0.00        0.00           0.00
020 SELECT PORTFOLIO SERVICING, IN             0.00        0.00           0.00
021 SELECT PORTFOLIO SERVICING, IN             0.00        0.00           0.00
                                                       ------------
                                                           0.00
SECURED
005 CREDIT ACCEPTANCE CORP                     0.00        0.00           0.00
007 MONTGOMERY CTY. TAX CLAIM BUR              0.00        0.00           0.00
009 NORRISTOWN AREA SCHOOL DIST.           6,581.35      454.23       6,127.12
014 PENNSYLVANIA DEPT. OF REVENUE             42.30        2.92          39.38
017 MONTGOMERY CTY TAX CLM BUREAU          1,275.84       88.05       1,187.79
                                                       ------------
                                                         545.20
PRIORITY
006 INTERNAL REVENUE SERVICE              17,719.79   14,670.10       3,049.69
114 PENNSYLVANIA DEPT. OF REVENUE          3,194.30    2,644.55         549.75
                                                       ------------
                                                      17,314.65
```

```
                         UNITED STATES BANKRUPTCY COURT
                         FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                                    PAGE    2

                                      )    CHAPTER 13
                                      )    CASE NO.      0518822
                                      )
 DONALD W. THORNTON                   )      DATE FILED:     06/28/2005
                                      )    DATE CONFIRMED:   12/15/2005
 613 NORTHAMPTON ROAD                 )    DATE CONCLUDED:   06/13/2007
 NORRISTOWN, PA  19403      DEBTOR (S) )
                                      )
 -------------------------------------)

                          CHAPTER 13 STANDING TRUSTEE'S
                                  FINAL REPORT
                          DISMISSED AFTER CONFIRMATION

    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
  maintained detailed reports of receipts and disbursements which are as follows
 ----------------------------------------  ------------------------------------
                                            Amount         Paid
 Claim Creditor's Name                      Allowed        to Date    Balance Due
 ----------------------------------------  ------------------------------------

 UNSECURED
 010 PECO                                   2,700.50         0.00      2,700.50
 106 INTERNAL REVENUE SERVICE               5,238.72         0.00      5,238.72
 214 PENNSYLVANIA DEPT. OF REVENUE          6,628.78         0.00      6,628.78
                                                       -------------
                                                             0.00
 DEBTOR ATTORNEY
 000 DAVID B. SPITOFSKY ESQUIRE             1,500.00     1,500.00          0.00
                                                       -------------
                                                         1,500.00
 SECURED ARREARAGES
 012 SELECT PORTFOLIO                      31,008.01     2,140.08     28,867.93
                                                       -------------
                                                         2,140.08

 ------------------------------------------------------------------------------
     TOTAL RECEIPTS         DISBURSED         TRUSTEE FEES         CASH ON HAND
       23,168.00            21,499.93           1,668.07                 0.00
 ------------------------------------------------------------------------------
```

```
                      UNITED STATES BANKRUPTCY COURT
                      FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                              PAGE    3

                                        )      CHAPTER 13
                                        ) CASE NO.     0518822
                                        )
 DONALD W. THORNTON                     )    DATE FILED: 06/28/2005
                                        ) DATE CONFIRMED: 12/15/2005
 613 NORTHAMPTON ROAD                   ) DATE CONCLUDED: 06/13/2007
 NORRISTOWN, PA   19403       DEBTOR (S))
                                        )
 ---------------------------------------)
```

CHAPTER 13 STANDING TRUSTEE'S
FINAL REPORT
DISMISSED AFTER CONFIRMATION

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.

```
                              /s/ WILLIAM C MILLER
                              SUITE 583 – THE BOURSE BLDG
                              111 S INDEPENDENCE MALL E
                              PHILADELPHIA, PA  19106
```

PRINTED  06/13/07